Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

ATTORNEY FOR PLAINTIFF ZOEY ROMANKO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOEY ROMANKO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PHILIP YANG, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:25-cv-06096-AMO<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE THAT Plaintiff Zoey Romanko dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 3, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KATON.LAW

　　　　　　　　　　　　　　　　　　　　*/s/ Glenn Katon*
　　　　　　　　　　　　　　　　　　　　GLENN KATON

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff